UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM BROWN | : | |
| 36 Balmoral Drive | : | CIVIL ACTION |
| Chadds Ford, PA 19317 | : | |
| Plaintiff, | : | NO.: |
| | : | |
| v. | : | |
| | : | |
| THE PRUDENTIAL INSURANCE | : | |
| COMPANY OF AMERICA | : | |
| 751 Broad Street | : | |
| Newark, NJ 07102 | : | |
| Defendant. | : | |

## COMPLAINT

Plaintiff, William Brown, hereby brings a civil action against Defendant, The Prudential Insurance Company of America, based on the following:

### The Parties

1.     Plaintiff, William Brown (Brown), an adult individual, is a citizen of the Commonwealth of Pennsylvania, who presently resides at 36 Balmoral Drive, Chadds Ford, Pennsylvania, 19317.

2.     Defendant, The Prudential Insurance Company of America (Prudential), is upon information and belief an insurance company licensed to do business in the Commonwealth of Pennsylvania. Upon information and belief, Prudential's principal mailing address for purposes of effectuating service of process is 751 Broad Street, Newark, NJ 07102.

3.      At all times material hereto prior to Plaintiff's disability, he was employed by Pegasystems Inc. (Pegasystems), and pursuant to Plaintiff's employment with Pegasystems, he was eligible to receive long term disability benefits pursuant to the Pegasystems-sponsored Group Long Term Disability Plan ("The Plan").

4.      This Court has jurisdiction pursuant to the Employment Retirement Income Security Act of 1974, as amended ("ERISA") 29 U.S.C. §1132(a).

5.      Venue is proper in this matter pursuant to Title 28, United States Code, Section 1391(a), in that at all times material hereto, the Plaintiff was eligible for benefits pursuant to The Plan, and Plaintiff was employed within the Commonwealth of Pennsylvania.

6.      At all times material hereto, Defendant Prudential acted by and through its agents, servants, and employees who acted within the scope of their authority from Defendant.

## THE FACTS
## PLAINTIFF'S LONG TERM DISABILITY PLAN

7.      The allegations in paragraphs 1 through 6 are incorporated herein by reference as if fully set forth herein.

8.      Plaintiff was continuously employed as a Fellow, Domain Specialist, Financial Services, for Pegasystems through October 26, 2022.

9.   At all material times hereto, Plaintiff has been eligible for benefits under Pegasystem's Group Long Term Disability Plan. The Long Term Disability Plan provides for payment of 60% of an employee's salary in the event of disability.  At the time of Plaintiff's disability, his gross monthly income of $16,086.67, with a monthly benefit amount of

approximately $9,652.00. After SSDI offset of $2,948.00 per month, Plaintiff's monthly benefit amount is $6,704.00.

10.    Upon information and belief, the Group Long Term Disability Policy provides in pertinent part as follows:

After 24 months of payments, you are disabled when Prudential determines that due to the same sickness or injury:

1) you are unable to perform the duties of any **gainful occupation** for which you are reasonably fitted by education, training or experience; and

2) you are under the regular care of a doctor.

11.    Said policy qualifies as an employee benefit plan under ERISA.

12.    As set forth in greater detail below, at all material times hereto, from on and after October 26, 2022, Plaintiff suffered from severe residual affects secondary to, in part, residual deficits from chronic lymphocytic leukemia chemotherapy and long Covid sequelae.

## DEFENDANT'S ARBITRARY AND CAPRICIOUS TERMINATION AND DENIAL OF PLAINTIFF'S LONG TERM DISABILITY BENEFITS

13.    The allegations in paragraphs 1 through 12 are incorporated herein by reference as if fully set forth herein.

14.    As set forth in greater detail below, at all material times hereto, since October 26, 2022, Plaintiff has suffered from severe residual effects secondary to his conditions.

15.    On April 23, 2023, Defendant denied Plaintiff's claim for benefits.

16.    On May 24, 2023, Plaintiff filed an appeal of Defendant's denial of benefits.

17.     On September 28, 2023, Defendant denied Plaintiff's appeal for benefits.

18.     On March 26, 2024, Plaintiff again filed an appeal of Defendant's denial of benefits.

19.     On May 8, 2024, Defendant approved Plaintiff's claim for benefits.

20.     On October 13, 2024, Social Security approved Plaintiff's claim for Social Security Disability benefits.

21.     On May 30, 2025, Defendant denied Plaintiff's claim for benefits as of January 23, 2025.

22.     On November 17, 2025, Plaintiff filed an appeal of Defendant's denial of benefits.

23.     On February 20, 2026, Defendant issued a final decision, denying Plaintiff's request for long term disability benefits.

24.     Defendant arbitrarily and capriciously denied Plaintiff's claim for LTD benefits.

25.     In accordance with the terms of the Policy, Brown is eligible to receive monthly disability benefits until the earliest of the following dates: (1) November 22, 2032, or (2) the date upon which he fails to cooperate with the Defendant in the administration of the claim.

26.     Because Defendant was to have provided this employee benefit plan which is covered by ERISA, Defendant is obligated to abide by the terms and conditions as stated in its own policy of coverage.

27.     Under ERISA, Defendant Prudential is bound to honor its own contract.

28.    Defendant has arbitrarily and capriciously failed and refused to abide by the terms and conditions as stated in its own policy.

**WHEREFORE**, Plaintiff William Brown demands judgment against Defendant Prudential in the amount of 60% of Plaintiff's gross monthly salary, less applicable offsets, as per the express terms of the Policy, commencing as of January 23, 2025, and continuing thereon until November 22, 2032, together with costs, interest, attorneys' fees and such other and further relief as this Court deems just and proper.

**Respectfully Submitted,**

**LAW OFFICE OF JAMIE R. HALL**

**DATED: 07/30/2026**                    **/s/**

**JAMIE R. HALL, ESQUIRE**

PA Atty. #207376
Law Office of Jamie R. Hall
300 N. Pottstown Pike, Ste. 240
Exton, PA 19341
(P) (610)570-5253
(F) (215)853-3644
jhall@jrhlegal.com
Attorney for Plaintiff